JS 45 (01/2008)

<u>**REDACTED**</u>

**Criminal Case Cover Sheet**                        U.S. District Court

**Place of Offense:**     Under Seal: Yes _X_ No ____    Judge Assigned: JFA

City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish Loudoun    Same Defendant _____ New Defendant _X_

                     Magistrate Judge Case Number 1:21-mj-415    Arraignment Date: _____

                     Search Warrant Case Number _____

                     R 20/R 40 from District of _____

                     Related Case Name and No: _____

Defendant Information:

**Juvenile** -- Yes ____ No _X_   **FBI #** 666380NC7

**Defendant Name:** QUIN NGOC RUDIN    Alias Name(s) _____

**Address:** Chino, CA 91710

**Employment:** _____

**Birth date** 1967    **SS#** 0350    **Sex** M   Def Race Asian    Nationality Vietnamese/U.S.   Place of Birth Unknown

**Height** 5'11"    **Weight** 155    **Hair** Bald    Eyes Brown    Scars/Tattoos None known

**Interpreter:** _X_ No ____ Yes   List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody    ____ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ____ Fugitive    ____ Summons Requested

____ Arrest Warrant Pending    ____ Detention Sought    ____ Bond

Defense Counsel Information:

Name: _____    ____ Court Appointed    Counsel conflicted out: _____

Address: _____    ____ Retained

Telephone: _____    ____ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

         Kimberly M. Shartar

AUSA   Kimberly R. Pedersen    Telephone No: 703-299-3700    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Jamie Vera, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** December 23, 2021    Signature of AUSA: *Kimberly M Shartar* (signature)